# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DONALD FAULKNER**                                                  **PLAINTIFF**
**#7406**

**v.**                             **No. 3:22-cv-313-DPM**

**DOES, Ashley, Heather, and Wendy,**
**Midsouth Screening;  SUESAN DUFFEL,**
**Nurse, Poinsett County Detention Center;**
**TRISH MARSHAL, Administration,**
**Poinsett County Detention Center;  and**
**ARKANSAS DEPARTMENT OF**
**CORRECTION**                                          **DEFENDANTS**

### ORDER

Unopposed recommendation, *Doc. 12*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Strike recommended.  28 U.S.C. § 1915(g).  Any *in forma pauperis* appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 April 2023