IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DONALD FAULKNER                                                           PLAINTIFF
#7406

v.                          No. 3:22-cv-313-DPM

DOES, Ashley, Heather, and Wendy,
Midsouth Screening; SUESAN DUFFEL,
Nurse, Poinsett County Detention Center;
TRISH MARSHAL, Administration,
Poinsett County Detention Center; and
ARKANSAS DEPARTMENT OF
CORRECTION                                                                DEFENDANTS

## JUDGMENT

Faulkner's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 April 2023